UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

HELEN PIPES )
)
)
v. )
)
WYETH  Docket No.: 3:02-cv-00498
)
)
)

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Helen Pipes, by and through counsel, pursuant to the Federal Rules of Civil Procedure, submits this Order of Voluntary Dismissal With Prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff, Helen Pipes, hereby dismisses with prejudice this action.

SO ORDERED AND ADJUDGED, this the 22nd day of May, 2006.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

s/ Dana G. Kirk by Charles F. Morrow with permission
Dana G. Kirk
Chad Aaronson
Attorneys for Plaintiff
s/ Charles F. Morrow
Charles F. Morrow
Attorney for Wyeth

Case 3:02-cv-00498-HTW-JCS    Document 21    Filed 05/22/06    Page 2 of 2